811 P.2d 1081

**Bruce E. MILLAR, Plaintiff/Appellee,**

v.

**STATE FARM FIRE AND CASUALTY COMPANY, Defendant/Appellant.**

No. CV-90-0468-PR.

Supreme Court of Arizona.

June 17, 1991.

### ORDER

ORDERED: Vacating the order granting review in this matter as having been improvidently granted.

FURTHER ORDERED: Petition for Review—Denied.